UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA              :

                                     :           MAGISTRATE NO. 15-6501 (JAD)

                                     :

     v.                               :                ORDER

RAHEEM SYLLA                  :

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this ___13th___ day of ___February___ , 2015,

ORDERED that _____Kevin Carlucci_____ from the Office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.

_____
Hon. Michael A. Hammer
United States Magistrate Judge